UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HAILEY M. THOMPSON,

                        Plaintiff

                  v.                                Civil Action No. 1:19-cv-01314-EAW

ANDREW SAUL,
Commissioner of Social Security,

                        Defendant.
-------------------------------------------------------------------X

## STIPULATION AND ORDER FOR ATTORNEY FEES

IT IS HEREBY STIPULATED by and between Catharine Zurbrugg, Special Assistant United States Attorney, for James P. Kennedy, Jr., the United States Attorney for the Western District of New York, attorneys for the defendant herein, and Brandi Smith, attorney for the plaintiff, that the plaintiff is awarded attorney fees in the amount of **$6,601.42**, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, as well as $400 in costs pursuant to 28 U.S.C. § 1920.  This award is made in full satisfaction of any claim for fees, expenses, and costs.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

    DATED:  Buffalo, New York, January 12, 2021

| | |
|---|---|
| JAMES P. KENNEDY, JR. | LAW OFFICE OF KENNETH HILLER, PLLC |
| United States Attorney | Attorneys for Plaintiff |

| | |
|---|---|
| /s/ *Catharine Zurbrugg* | /s/ *Brandi Smith* |
| Catharine Zurbrugg | Brandi Smith |
| Special Assistant United States Attorney | 6000 N. Bailey Ave. |
| United States Attorney's Office | Suite 1A |
| Western District of New York | Amherst, New York 14236 |
| c/o SSA/OGC | (716) 564-3288 |
| 26 Federal Plaza, Room 3904 | brandi@kennethhiller.com |
| New York, New York 10278-0004 | |
| (212) 264-4468 | |
| catharine.zurbrugg@ssa.gov | |

**SO ORDERED:**

_____
**HONORABLE ELIZABETH A. WOLFORD
UNITED STATES DISTRICT COURT JUDGE**

**DATE:** ___01/13/2021_____.